No. 88–7283.   SHAFFER v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 88–7284.   JORDAN v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 88–7285.   BARTS v. JOYNER ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7286.   BROWN v. DEPARTMENT OF THE NAVY.   C. A. Fed. Cir.   Certiorari denied.

No. 88–7287.   GRIFFIN v. STUTLER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 88–7290.   METOYER v. OKLAHOMA ET AL.   Ct. Crim. App. Okla.   Certiorari denied.

No. 88–7291.   THOMAS v. COWLEY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 88–7292.   NEGRON v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 88–7297.   GREEN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–7298.   JACKSON ET AL. v. LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 88–7302.   LUCARELLI v. SINICROPI ET AL.   C. A. 2d Cir. Certiorari denied.

No. 88–7303.   SOTO v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 88–7304.   SULLIVAN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7308.   CRANE v. TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 88–7311.   DORSEY v. SOWDERS, WARDEN.   C. A. 6th Cir. Certiorari denied.